```
David A. Tilem (Bar No. 103825)
LAW OFFICES OF DAVID A. TILEM
206 N. Jackson Street, Suite 201
Glendale, California 91206
Telephone:(818) 507-6000
Facsimile:(818) 507-6800
Email: DavidTilem@TilemLaw.com

Proposed Attorneys for
Steve Davis
```

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re: | ) Case No. 2:09-22514-SB |
| | ) |
| | ) Chapter 11 |
| **STEVE DAVIS,** | ) |
| | ) **NOTICE TO CREDITORS AND OTHER** |
| Debtor. | ) **PARTIES IN INTEREST OF LAST DATE** |
| _____ | ) **TO FILE CLAIMS** |

TO ALL CREDITORS AND OTHER PARTIES IN INTEREST:

At the request of the Debtors, the Bankruptcy Court has set:

**September 30, 2009**

as the **LAST DATE TO FILE CLAIMS** in this case.

Creditors may, but do not have to file a Proof of Claim unless their claim is scheduled as disputed, contingent, unliquidated or incorrectly.  There is no penalty for filing a Proof of Claim even if you are not required to do so.  Creditors may wish to obtain legal advice as to whether they should file a Proof of Claim.

A Proof of Claim form may be obtained in person from the nearest Bankruptcy Court Clerk's Office or over the internet from the Clerk's website at www.cacb.uscourts.gov.

Further information may be obtained from the Clerk's file located at 300 N. Los Angeles Street, Los Angeles, CA 90012

```
Signed: 7/16/09                    LAW OFFICES OF DAVID A. TILEM


                                   By: /s/David A. Tilem
Served: 7/17/09                        DAVID A. TILEM
                                       Proposed Attorneys
```

P:\Active Clients\02245-Davis\F\20090716-ClaimsBarDateNtc.wpd        1

| | |
|---|---|
| In re: Steve Davis | CHAPTER: 11 |
| Debtor(s). | CASE NUMBER: 2:09-22514-SB |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is 206 N. Jackson Street, Suite 201, Glendale, CA 91206

The foregoing document described as **NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST OF LAST DATE TO FILE CLAIMS** will be served or was served in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On **7/17/09** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

United States Trustee (LA): ustpregion16.la.ecf@usdoj.gov
David A. Tilem: davidtilem@tilemlaw.com; malissamurguia@tilemlaw.com; marcycarman@tilemlaw.com
Dare Law: dare.law@usdoj.gov
Joe M Lozano: notice@NBSDefaultServices.com

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On **7/17/09** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope with postage thereon fully prepaid in the United States Mail and/or with an overnight mail service addressed as follows:

**X**    Service information continued on attached page

**III. SERVED BY FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to Fed. R. Civ. Proc. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies), who consented in writing to such service method, by facsimile transmission and/or email as follows:

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| July 17, 2009 | Malissa Murguia | /s/ Malissa Murguia |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

P:\Active Clients\02245-Davis\F\20090716-ClaimsBarDateNtc.wpd      2

**Service List**

| | |
|---|---|
| Steve Davis<br>4809 Burgoyne Lane<br>La Canada, CA 91001 | American Alarm<br>P.O. Box 10520<br>Santa Ana, CA 92711 |
| Russell Clemenston, Staff Attorney<br>United States Trustee<br>725 S. Figueroa Street, 26th Fl.<br>Los Angeles, CA 90012 | Annadale Golf Club<br>One North San Rafael Avenue<br>Pasadena, CA 91105 |
| Honorable Samuel L. Bufford<br>United States Bankruptcy Court<br>255 E. Temple Street, Suite 1582<br>Los Angeles, CA 90012 | Antique Ornamental Iron Works<br>C/O Cox, Wells, And Associates<br>3520 West Twenty Sith Street, Suite<br>Erie, PA 16506 |
| Special Notice<br>David Barnier<br>Barker Olmsted & Barnier<br>2341 Jefferson Street, Suite 200<br>San Diego, CA 92110 | Audi Financial Services<br>P.O. Box 60144<br>City Of Industry, CA 91716 |
| | Board Of Equalization<br>P.O. Box 942879<br>Sacramento, CA 94279-0001 |
| Creditors<br>A. Careaga Plumbing<br>1123 N. Lamer Street<br>Burbank, CA 91506 | Broadway A/C Heating & Sheet Metal<br>1748 21st Street<br>Santa Monica, CA 90404 |
| AIG<br>P.O. Box 514540<br>Los Angeles, CA 90071 | Carlos Perez<br>3895 Arlington Ave.<br>Los Angeles, CA 90008 |
| Allied Interstate<br>P.O. Box 361477<br>Columbus, OH 43236 | Caroline Baker Interior Design<br>745 South Marengo<br>Pasadena, CA 91106 |
| Allied Waste Services #902<br>9200 Glenoaks Blvd.<br>Sun Valley, CA 91352-2613 | Celtic Gates & Doors<br>4002 New York Ave<br>La Cresenta, CA 91214 |

```
 1   Chase                                    Gerald Rissman
     C/O Bankruptcy Department                1101 Skokie Blvd., #255
 2   P.O. Box 94014                           Northbrook, IL 60062
     Palatine, IL 60094
 3
                                              HD Capital LLC
 4                                            C/O Scott Sheikh
     Classical Building Arts                  1811 S. Del Mar Ave., Suite 212
 5   9516 Gidley Street                       San Gabriel, CA 91776
     Temple City, CA 91780
 6

 7   Continental Credit Control               Huntington Hospital
     P.O. Box 30348                           C/O Grant & Weber
 8   Santa Barbara, CA 93130                  P.O. Box 8669
                                              Calabasas, CA 91372
 9
     Dynamic Upright MRI
10   5757 Wilshire Blvd., Suite 8             Internal Revenue Service
11   Los Angeles, CA 90036                    P.O. Box 21126
                                              Philadelphia, PA 19114
12
     Financial Credit Network, Inc.
13   P.O. Box 3084                            Internal Revenue Service
     Visalia, CA 93278                        Insolvency 1, Stop 5022
14                                            300 N. Los Angeles Street, Room
                                              406
15   Franchise Tax Board                      Los Angeles, CA 90012
     Attn: Bankruptcy
16   P.O. Box 2952
17   Sacramento, CA 95812-2952                Jaguar
                                              P.O. Box 542000
18                                            Omaha, NE 68154-8000
     Frank Matranga
19   1708 Oak Grove
     San Marino, CA 91108                     Jonathan Club
20                                            545 S. Figueroa Street
                                              Los Angeles, CA 90071
21
     Fulgham Shower Pans
22   P.O. Box 925
     La Mirada, CA 90637                      Jose Sandoval
23                                            2346 Caldero Lane
                                              Montrose, CA 91020
24
     George's Pipe & Plumbing Supply
25   Com
     99 Palmetto Drive                        Judy Holt
26   Pasadena, CA 91105                       2 Barnard Court
                                              Rancho Mirage, CA 92270
27

28


     P:\Active Clients\02245-Davis\F\20090716-ClaimsBarDateNtc.wpd      4
```

| | |
|---|---|
| JV McCurney Concrete Construction<br>C/O Philip Landsman<br>22030 Ventura Blvd. #206<br>Woodland Hills, CA 91364 | Prince-Parker & Associates, Inc.<br>8625 Crown Crescent Court<br>P.O. Box 474690<br>Charlotte, NC 28247 |
| Los Angeles County Tax Collector<br>225 North Hill Street<br>Los Angeles, CA 90012 | Roto-Rooter Service & Plumbing<br>24971 Avenue Stanford<br>Valencia, CA 91355 |
| Los Angeles Times<br>202 W. 1st Street<br>Los Angeles, CA 90012 | Sierra Landscape Development, Inc.<br>1124 South Santa Anita Ave<br>Arcadia, CA 91006 |
| Machen Media<br>1511 Sandpiper Drive<br>Woodstock, GA 30189 | Southern California Heart Specialis<br>P.O. Box 848375<br>Boston, MA 02284 |
| Macy's<br>P.O. Box 6938<br>The Lakes, NV 88901 | Stage To Sell<br>2275 Huntington Drive, #114<br>San Marino, CA 91108 |
| Medicredit Corporation<br>1801 California Ave.<br>Corona, CA 92881 | T.L. Shield & Associates, Inc.<br>C/O Louis Khoury<br>1801 Century Park East, #2400<br>Los Angeles, CA 90067 |
| Michael Rosengarten<br>795 Oak Knoll Circle<br>Pasadena, CA 91106 | Target National Bank<br>P.O. Box 59317<br>Minneapolis, MN 55459-0317 |
| Mobile Modular Management Corp<br>P.O. Box 45043<br>San Francisco, CA 94145 | The Athenaeum<br>File 749058<br>Los Angeles, CA 90074 |
| OJ Insulation Industries<br>600 South Vincent<br>Azusa, CA 91702 | |
| Paramount Scaffold<br>16525 S. Avalon Blvd.<br>Carson, CA 90746 | The Best Service Company<br>10780 Santa Monica Blvd., Suite 140<br>Los Angeles, CA 90025 |

P:\Active Clients\02245-Davis\F\20090716-ClaimsBarDateNtc.wpd    5

1  The Fairways Condominium Association
2  C/O Schlottman & Wagner
3  43642 Elizabeth
   Clinton Township, MI 48036
4

5  Tom Gonzalez
   3512 N. Verdugo Rd.
6  Glendale, CA 91208

7
8  Trubey Construction
   9620 Dale Ave.
9  Los Angeles, CA 91040

10
   US Bank
11 P.O. Box 790408
   St. Louis, MO 63179
12

13 Valley Creditors Service
   P.O. Box 5759
14 La Quinta, CA 92248

15

16 Valley Vista Services
   17445 E. Railroad Street
17 City Of Industry, CA 91748

18
   Villa Pacific Contractors
19 C/O Mitchell Hannah
   9900 Research Dr.
20 Irvine, CA 92618

21

22 Wells Fargo
   P.O. Box 14433
23 Des Moines, IA 50306

24
   White House Cleaners
25 185 E. Glenarm Street, #102
   Pasadena, CA 91106
26

27

28