David A. Tilem (Bar No. 103825)
LAW OFFICES OF DAVID A. TILEM
206 N. Jackson Street, Suite 201
Glendale, California 91206
Telephone: (818) 507-6000
Facsimile: (818) 507-6800
Email: davidtilem@tilemlaw.com

Attorney for
Steven Davis

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re: | ) Case No. 2:09-222514-SB |
| | ) Chapter 11 |
| STEVEN DAVIS, | ) **NOTICE OF MOTION AND MOTION FOR ORDER REDUCING CLAIM OF FRANK MATRANGA (CLAIM #24); MEMORANDUM OF POINTS AND AUTHORITIES DECLARATION OF STEVEN DAVIS IN SUPPORT** |
| Debtor. | ) Date: December 15, 2009 <br> ) Time: 10:00 AM <br> ) Ctrm: 1575 |

TO THE HONORABLE SAMUEL L. BUFFORD, UNITED STATES BANKRUPTCY JUDGE, TO THE UNITED STATES TRUSTEE, AND PARTIES IN INTEREST:

NOTICE IS HEREBY GIVEN that at the date, time and place set forth above, Steven Davis ("Debtor") will ask the Court, under Federal Rule of Bankruptcy Procedure ("FRBP") 3007 and Bankruptcy Code §502(b), for an Order reducing the claim filed by Frank Matranga ("Claimant").

Local Bankruptcy Rule ("LBR") 3007-1(b)(3) requires that interested parties be given notice of the following:

> "Local Bankruptcy Rule 9013-1(f) requires a formal response at least 14 days prior to the date of hearing. If a response is not timely filed and served, the court may grant the relief requested in the objection without further notice or hearing. If the motion is being heard on shortened notice pursuant to Local Bankruptcy Rule 9075-1, the notice shall specify the deadline for responses set by the court in the order approving the shortened notice."

Dated: November 6, 2009

LAW OFFICES OF DAVID A. TILEM

By: _____
DAVID A. TILEM,
Attorney for Steven Davis

## OBJECTION TO CLAIM

Claimant filed a Proof of Claim on September 30, 2009. The Claim has been assigned claim number 24. A true and correct copy of the Proof of Claim is attached to the declaration of Steven Davis as Exhibit "A".

Debtor objects to the full amount of the Claim because Debtor has already paid approximately $25,000 of the debt owed to Claimant.

On or about August 20, 2008, Debtor gave Claimant a cashier's check for $6,200. A true and correct copy of the cashier's check is attached to the declaration of Steven Davis as Exhibit "B".

Debtor made additional monthly payments of $6,200 to Claimant for three to four months from March 2008 to August 20, 2008.

WHEREFORE, Debtor requests as follows:

1. That the Claim be allowed as a secured claim in the sum of $980,000.

2. For any such other and further relief as the Court may deem just and proper.

Dated: November 6, 2009

LAW OFFICES OF DAVID A. TILEM

By: _____
DAVID A. TILEM,
Attorney for Steven Davis

MEMORANDUM OF POINTS AND AUTHORITIES

The filing of a Proof of Claim establishes the prima facie validity of a claim [See FRBP 3001(f)] unless it is overcome by evidence establishing a bona fide dispute concerning the validity of the claim. Once the prima facie validity is overcome, the ultimate burden of proof shifts to the claimholder. See RW Squared Med. Group PC v. HWY Squared, Inc., ___ F.3d ___, 2006 U.S. App. LEXIS 29615, 2006 WL 3456492 (9th Cir. 2006). In re Lundell, 223 F.3d 1035, 1039 (9th Cir. 2000)

This objection is supported by the Declaration of Steven Davis. In the absence of any evidence to the contrary, the prima facie validity is now overcome and the creditor bears the ultimate burden of establishing the validity of the Claim.

Dated: November 6, 2009                LAW OFFICES OF DAVID A. TILEM

By: _____
DAVID A. TILEM,
Attorney for Steven Davis

## DECLARATION OF STEVEN DAVIS

I, Steven Davis, declare:

1. I am the Debtor in this case.

2. I make this Declaration based on my own personal knowledge. If called upon to do so, I could and would testify to the matters set forth below.

3. Frank Matranga ("Claimant") filed a Proof of Claim on September 30, 2009. The Claim has been assigned claim number 24. See previously referenced Exhibit "A".

4. I have already paid approximately $25,000 of the debt owed to Claimant.

5. On or about August 20, 2008, I gave Claimant a cashier's check for $6,200. See previously referenced Exhibit "B".

6. I made additional monthly payments of $6,200 to Claimant for three to four months from March 2008 to August 20, 2008.

I declare under penalty of perjury of the law of the United States that the foregoing is true and correct and that this declaration was signed by me on NOV 6, 2009 at La Canada, California.

*/s/ Steven Davis*
Steven Davis

# Exhibit "A"

B10 (Official Form 10) (12/08) - Page 1

| UNITED STATES BANKRUPTCY COURT   CENTRAL DISTRICT OF CALIFORNIA | PROOF OF CLAIM |
|---|---|
| Name of Debtor: Steven T. Davis | Case Number: 2:09-22514-SB |

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
Frank Matranga

☐ Check this box to indicate that this claim amends a previously filed claim.

Name and address where notices should be sent:
1708 Oak Grove
San Marino, CA 91108-1111

Court Claim Number: _____
(If known)

Filed on: _____

[FILED stamp: CLERK U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA, SEP 30 2009, BY: ___ Deputy Clerk]

Telephone number:

Name and address where payment should be sent (if different from above):

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

Telephone number:

☐ Check this box if you are the debtor or trustee in this case.

1. **Amount of Claim as of Date Case Filed:** $ 1,005,000.00

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☒ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges. See Attached Statement.

2. **Basis for Claim:** Secured Interest in Real Property (Money Loans evidenced by Promissory Notes)
(See instruction #2 on reverse side.)

3. **Last four digits of any number by which creditor identifies debtor:** n/a

   3a. Debtor may have scheduled account as: _____
   (See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff:  ☒ Real Estate   ☐ Motor Vehicle   ☐ Other
Describe: Residential Home
Value of Property: $ 6,500,000.00   Annual Interest Rate 2 %

Amount of arrearage and other charges as of time case filed included in secured claim, if any: $ 1,005,000.00   Basis for perfection: Recorded Deeds of Trust

Amount of Secured Claim: $ 1,005,000.00   Amount Unsecured: $ 0.00

6. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements or running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See Instruction 7 and definition of "redacted" on reverse side.)   SEE ATTACHED SUMMARY

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain: Time Limitations - see Attached Statement.

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5)

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(___).

**Amount entitled to priority:**

$ _____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

Date: 09/30/09   Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

[signature: Frank Matranga]

FOR COURT USE ONLY

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

007

SUMMARY RE SECURED INTEREST
(ATTACHED TO PROOF OF CLAIM)

CASE NO: 2:09-22514-SB

CREDITOR: FRANK MATRANGA

Summary of Documents that support Secured Claim:

| Loan Amount | Date Promissory Note Executed | Date TD Recorded |
|---|---|---|
| $250,000.00 | 12/10/07 and 12/19/07 | 12/10/07 |
| $100,000.00 | 12/10/07 | 12/10/07 |
| $487,000.00 | 01/04/08 | 01/03/08 |
| $140,000.00 | 02/22/08 | 02/22/08 |

NOTE: Time Limitations for filing Proof of Claim precluded attachment of Promissory Notes and Recorded Deeds of Trust; supporting documents will be attached to amended proof of claim.

Summary of Interest Charges on Secured Claim:

Two percent (2%) annual interest on secured principal loan amount of $977,000.00 from January, 2008 = $27,676.00 (January, 2008 to May, 2009 [17 months] X $1,628.00 monthly interest = $27,676.00).

Dated: September 30, 2009

# Exhibit "B"

**OFFICIAL CHECK**

SERIAL #: 0061605804
ACCOUNT #: 4861-505345

00616
Office AU # 11-24 / 1210(8)

Purchaser: STEVE DAVIS
Purchaser Account: 1984663772
Operator ID: cu007182   cu007452

PAY TO THE ORDER OF   ***FRANK MATRANGA ***

August 20, 2008

**$6,200.00**

***Six thousand two hundred dollars and no cents***

VOID IF OVER US $ 6,200.00

**NON-NEGOTIABLE**

WELLS FARGO & COMPANY ISSUER
420 MONTGOMERY STREET
SAN FRANCISCO, CA 94163
PAYABLE AT WELLS FARGO BANK, N.A.
FOR INQUIRIES CALL (480) 394-3122

NOTICE TO PURCHASER--IF THIS INSTRUMENT IS LOST,
STOLEN OR DESTROYED, YOU MAY REQUEST CANCELLATION
AND REISSUANCE. AS A CONDITION TO CANCELLATION AND
REISSUANCE, WELLS FARGO & COMPANY MAY IMPOSE A
FEE AND REQUIRE AN INDEMNITY AGREEMENT AND BOND.

**Purchaser Copy**

FB-004   1403 08045438

010

| In re: Steven Davis | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NUMBER: 2:09-22514-SB |

**NOTE**: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
206 N. Jackson Street, Suite 201
Glendale, CA 91206

A true and correct copy of the foregoing document described as **Notice of Motion and Motion for Order Reducing Claim of Frank Matranga (Claim #24); Memorandum of Points & Authorities; Declaration in Support** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 11/6/09 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

☑ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL (indicate method for each person or entity served):**
On 11/6/09 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Frank Matranga
1708 Oak Grove
San Marino, CA 91108

Honorable Samuel L. Bufford
United States Bankruptcy Court
255 E. Temple Street, Suite 1582
Los Angeles, CA 90012

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 11/6/09 | Malissa Murguia | *Malissa Murguia* |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    F 9013-3.1

011

| In re: Steven Davis | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NUMBER: 2:09-22514-SB |

**ADDITIONAL SERVICE INFORMATION (if needed):**

* Mark D Estle    mdestle@estlelaw.com
* Dare Law    dare.law@usdoj.gov
* Joe M Lozano    notice@NBSDefaultServices.com
* Randall P Mroczynski    randym@cookseylaw.com
* David A Tilem    davidtilem@tilemlaw.com, malissamurguia@tilemlaw.com;marcycarman@tilemlaw.com
* United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-3.1

012