1  David A. Tilem (Bar No. 103825)
   LAW OFFICES OF DAVID A. TILEM
2  206 N. Jackson Street, Suite 201
   Glendale, California 91206
3  Telephone: (818) 507-6000
   Facsimile: (818) 507-6800
4  Email: DavidTilem@TilemLaw.com

5  Attorneys for Steven T. Davis

6

7                    UNITED STATES BANKRUPTCY COURT

8                    CENTRAL DISTRICT OF CALIFORNIA

9                         LOS ANGELES DIVISION

10

11 In re:                          ) Case No. 2:09-22514-SB
                                   )
12                                 ) Chapter 11
                                   )
13                                 )
                                   )
14 **STEVEN T. DAVIS,**            ) **NOTICE OF CONTINUED HEARING ON**
                                   ) **MOTION TO DISALLOW SCHEDULED**
15                                 ) **CLAIM OF BROADWAY AIR**
                                   ) **CONDITIONING, HEATING & SHEET**
16                                 ) **METAL, A CORPORATION**
                                   )
17                                 ) Date: June 22, 2010
                  Debtor.          ) Time: 10:00 a.m.
18 _____) CtRm: 1575

19     **PLEASE TAKE NOTICE** that the Law Offices of David Tilem,

20 attorney for Debtor, Steven Davis ("Debtor"), hereby gives

21 notice that the hearing on the motion to disallow the claim of

22 Broadway Air Conditioning, Heating & Sheet Metal has been

23 continued to June 22, 2010 at 10:00 a.m. in Courtroom 1575.

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

P:\Active Clients\02245-Davis\F\Objection to Claims\Broadway Sheet Metal\20100427-ContHrngNtc.wpd    1

1     **PLEASE TAKE FURTHER NOTICE** that is Claimant does not appear at

2 the hearing, the motion to disallow claim will be sustained.

3 Date: April 30, 2010                           LAW OFFICES OF DAVID A. TILEM

                                                                    By: David A. Tilem,
                                                                          Attorney for Debtor

| In re:                          | CHAPTER 11                  |
|---------------------------------|-----------------------------|
| **STEVEN T. DAVIS,**            |                             |
| Debtor(s).                      | CASE NUMBER 2:09-22514 SB   |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 206 N. Jackson St., Suite 201, Glendale, California 91206.

A true and correct copy of the foregoing document described as  **NOTICE OF CONTINUED HEARING ON MOTION TO DISALLOW SCHEDULED CLAIM OF BROADWAY AIR CONDITIONING, HEATING & SHEET METAL, A CORPORATION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On April 30, 2010 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Mark D Estle    mdestle@estlelaw.com
- Bonnie M Holcomb    bonnie.holcomb@doj.ca.gov
- Dare Law    dare.law@usdoj.gov
- Joe M Lozano    notice@NBSDefaultServices.com
- Christopher M McDermott    ecfcacb@piteduncan.com
- Frank W Molloy    jgalambos@hmspasadena.com, mdickey@hmspasadena.com
- Randall P Mroczynski    randym@cookseylaw.com
- Brian A Paino    ecfcacb@piteduncan.com
- Cindy S Park    Cindy.Park@irscounsel.treas.gov
- Nathan A Schultz    schultzn@gtlaw.com
- Najah J Shariff    najah.j.shariff@irscounsel.treas.gov
- Michael W Tan    michael.w.tan@irscounsel.treas.gov
- David A Tilem    davidtilem@tilemlaw.com, malissamurguia@tilemlaw.com; marcycarman@tilemlaw.com; ldiaz@tilemlaw.com; dianachau@tilemlaw.com; kmishigian@tilemlaw.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Barry R Wegman    barrywegman@tilemlaw.com, malissamurguia@tilemlaw.com; marcycarman@tilemlaw.com; ldiaz@tilemlaw.com; dianachau@tilemlaw.com; kmishigian@tilemlaw.com

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On April 30, 2010 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

///
///
///
///
///
///
///

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                     F 9013-3.1

| In re: **STEVEN T. DAVIS,** Debtor(s). | CHAPTER 11 CASE NUMBER 2:09-22514 SB |
|---|---|

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____April 30, 2010_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| April 30, 2010 | Bree Anderson | /s/-Bree Anderson |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                    F 9013-3.1

Page 2 of 3

| In re:  STEVEN T. DAVIS, Debtor(s). | CHAPTER 11  CASE NUMBER 2:09-22514 SB |
|---|---|

## II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL

**VIA U.S. MAIL:**
Vincent J. Lombardo
LOMBARDO & SAFFORD
12400 Wilshire Blvd., Suite 230
Los Angeles, CA  90025

Alexander Merzel, President
BROADWAY AIR CONDITIONING, HEATING & SHEET METAL
1748 21st Street
Santa Monica, CA  90404

**VIA DDS Attorney Service:**
Hon. Samuel L. Bufford
United States Bankruptcy Court - Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1582
Los Angeles, CA  90012

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-3.1

Page 3 of 3