David A. Tilem (Bar No. 103825)
LAW OFFICES OF DAVID A. TILEM
206 N. Jackson Street, Suite 201
Glendale, California 91206
Telephone: (818) 507-6000
Facsimile: (818) 507-6800
Email: DavidTilem@TilemLaw.com

Attorneys for Steve Davis

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

In re:

STEVE DAVIS,

    Debtor.

) Case No. 2:09-22514-SB
)
) Chapter 11
)
) **CASE STATUS REPORT**
)
) Date: July 6, 2010
) Time: 2:00 p.m.
) Ctrm: 1575

Debtor submits the following Case Status Report.

1. Employment of Professionals

The only employed professional in this case is Debtor's counsel pursuant to an Order entered March 4, 2010 [Pacer Doc. 70].

2. United States Trustee Reports

Debtor is in substantial compliance.

3. Operating Financial Projections

This case does not involve an operating business.

Debtor has reduced his living expenses by relocating to the property. Living expenses have been defrayed by funds received from outside the estate, i.e. Debtor's mother or a friend.

4. Financial History - Last Three Pre-Petition Years

    2006 income: $358,647
    2007 income: $ 54,157

2008 income: $183,273

5. <u>Professionals Budget</u>

Legal fees through May 31, 2010 have been $53,074.64. The original retainer was $25,000. There were miscellaneous credits of $257 leaving an unpaid balance through May 31, 2010 of $27,817.64.

6. <u>Inventory of Issues to be Resolved</u>

No relief from stay motions are anticipated in the near term.

Claims objections are ongoing.

Adversary case number 10-01120-SB to determine the relative priority and extent of lien claims was filed on January 29, 2010 and is ongoing. The next status conference is June 29, 2010 at 10:00 a.m. Debtor/Plaintiff is requesting a 30 day continuance to permit ongoing settlement discussions.

7. <u>Proposed Deadlines</u>

Total debt in this case is approximately $7.1 million. All but $200,000 is alleged to be secured. Secured creditors include mortgage lenders, tax agencies and mechanic lienholders.

On November 18, 2009, the Court entered a Scheduling Order (PACER #42) setting the following dates:

| | |
|---|---|
| Objections to Claims | November 6, 2009 |
| Disclosure Statement | February 2, 2010 |
| Status Conference | February 2, 2010 |

On December 19, 2009, Debtor moved to extend those deadlines so that the adversary action (referenced above) could be filed and resolved. A Declaration of Non-Opposition was filed on January 5, 2010 along with a proposed Order which was uploaded as LOU #92955. The Order was entered on April 22, 2010. A copy of the order is attached has "Exhibit 1".

8.  <u>Use of Combined Plan and Disclosure Statement Form</u>

Debtor requests that he be permitted to use the individual Chapter 11 debtor form promulgated by Judges Tighe, Thompson and Mund or the form promulgated by the Hon. Alan M. Ahart.

Dated: June 23, 2010

LAW OFFICES OF DAVID A. TILEM

By: _____
DAVID A. TILEM
Attorneys

"EXHIBIT 1"

```
David A. Tilem (Bar No. 103825)
Law Offices of David A. Tilem
206 N. Jackson Street, Suite 201
Glendale, CA 91206
(818) 507-6000
(818) 507-6800
Email: DavidTilem@TilemLaw.com

Attorneys for Debtor Steven Davis
```

FILED & ENTERED
APR 22 2010
CLERK U.S. BANKRUPTCY COURT
Central District of California
BY egarcia  DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

In re:

Steven Davis,

        Debtors.

Case No.: **2:09-bk-22514-SB**

Chapter 11

**ORDER GRANTING MOTION FOR ORDER MODIFYING CASE SCHEDULING ORDER ENTERED NOVEMBER 18, 2009**

After consideration of the moving papers, and good cause appearing therefore

**IT IS HEREBY ORDERED**

1. The motion for order modifying Case Scheduling Order Entered November 18, 2009 is granted;

2. The last date for creditors to file claims is February 15, 2010;

3. The last date for the debtor to file claims objections is March 15, 2010; and

/ / /

/ / /

4. The last date for the debtor to file its plan and disclosure statement is July 19, 2010;

### 

DATED: April 22, 2010

_United States Bankruptcy Judge_

| In re: Steven Davis | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 2:09-bk-22514-SB |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category 1. Proposed orders do not generate an NEF because only order that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 206 N. Jackson Street, Suite 201, Glendale, CA 91206

A true and correct copy of the foregoing document described **ORDER GRANTING MOTION FOR ORDER MODIFYING CASE SCHEDULING ORDER ENTERED NOVEMBER 18, 2009** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On 1/5/10 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Samuel L. Bufford
United States Bankruptcy Court
255 E. Temple Street, Suite 1582
Los Angeles, CA 90012

Russell Clemenston, Staff Attorney
United States Trustee
725 S. Figueroa Street, 26th Fl.
Los Angeles, CA 90012

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| January 5, 2010 | Lorena Diaz | /s/Lorena Diaz |
|---|---|---|
| Date | Type Name | Signature |

| In re:<br>Steven Davis<br>Debtor | CHAPTER: 11 |
|---|---|
| | CASE NUMBER: 2:09-bk-22514-SB |

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled **ORDER GRANTING MOTION FOR ORDER MODIFYING CASE SCHEDULING ORDER ENTERED NOVEMBER 18, 2009** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **1/5/10**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

**United States Trustee (LA): ustpregion16.la.ecf@usdoj.gov**
**David A. Tilem: davidtilem@tilemlaw.com; malissamurguia@tilemlaw.com; marcycarman@tilemlaw.com;Ldiaz@tilemlaw.com**
**Dare Law: dare.law@usdoj.gov**
**Joe M Lozano: notice@NBSDefaultServices.com**
**Mark D. Estle: mdestle@estlelaw.com**
**Randall P. Mrocynski: randym@cookseylaw.com**

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Steve Davis
4809 Burgoyne Lane
La Canada, CA 91001

Russell Clemenston, Staff Attorney
United States Trustee
725 S. Figueroa Street, 26th Fl.
Los Angeles, CA 90012

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

| In re: Steven Davis | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NUMBER: 2:09-22514-SB |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
206 N. Jackson Street, Suite 201
Glendale, CA 91206

A true and correct copy of the foregoing document described as  Case Status Report                                                         will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On  6/23/10           I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

☑ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On  6/23/10           I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on                                I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 6/23/10 | Malissa Murguia | *Malissa Murguia* |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.
January 2009

**F 9013-3.1**

| In re: Steven Davis | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NUMBER: 2:09-22514-SB |

**ADDITIONAL SERVICE INFORMATION (if needed):**

* Mark D Estle    mdestle@estlelaw.com
* Bonnie M Holcomb    bonnie.holcomb@doj.ca.gov
* Dare Law    dare.law@usdoj.gov
* Joe M Lozano    notice@NBSDefaultServices.com
* Christopher M McDermott    ecfcacb@piteduncan.com
* Frank W Molloy    jgalambos@hmspasadena.com, mdickey@hmspasadena.com
* Randall P Mroczynski    randym@cookseylaw.com
* Brian A Paino    ecfcacb@piteduncan.com
* Cindy S Park    Cindy.Park@irscounsel.treas.gov
* Nathan A Schultz    schultzn@gtlaw.com
* Najah J Shariff    najah.j.shariff@irscounsel.treas.gov
* Michael W Tan    michael.w.tan@irscounsel.treas.gov
* David A Tilem    davidtilem@tilemlaw.com, malissamurguia@tilemlaw.com;marcycarman@tilemlaw.com;ldiaz@tilemlaw.com;dianachau@tilemlaw.com;kmishigian@tilemlaw.com
* United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
* Barry R Wegman    barrywegman@tilemlaw.com, malissamurguia@tilemlaw.com;marcycarman@tilemlaw.com;ldiaz@tilemlaw.com;dianachau@tilemlaw.com;kmishigian@tilemlaw.com

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-3.1

## Service List

Russell Clemenston, Staff Attorney
United States Trustee
725 S. Figueroa Street, 26th Fl.
Los Angeles, CA 90012

Honorable Samuel L. Bufford
United States Bankruptcy Court
255 E. Temple Street, Suite 1582
Los Angeles, CA 90012

Special Notice
David Barnier
Barker Olmsted & Barnier
2341 Jefferson Street, Suite 200
San Diego, CA 92110

Creditors
Action Millwork
3515 Woodhaven Street
Simi Valley, CA 93063

Allied Interstate
P.O. Box 361477
Columbus, OH 43236

Allied Waste Services #902
9200 Glenoaks Blvd.
Sun Valley, CA 91352-2613

American Alarm
P.O. Box 10520
Santa Ana, CA 92711

Annandale Golf Club
One North San Rafael Avenue
Pasadena, CA 91105

Antique Ornamental Iron Works
C/O Cox, Wells, And Associates
3520 West Twenty Sixth Street
Erie, PA 16506

Audi Financial Services
P.O. Box 60144
City Of Industry, CA 91716

Board Of Equalization
P.O. Box 942879
Sacramento, CA 94279-0001

Broadway A/C Heating & Sheet Metal
1748 21st Street
Santa Monica, CA 90404

Careaga Plumbing
1123 N. Lamer Street
Burbank, CA 91506

Carlos Perez
3895 Arlington Ave.
Los Angeles, CA 90008

Caroline Baker Interior Design
745 South Marengo
Pasadena, CA 91106

Celtic Gates & Doors
4002 New York Ave
La Cresenta, CA 91214

Chase
C/O Bankruptcy Department
P.O. Box 94014
Palatine, IL 60094

Classical Building Arts
9516 Gidley Street
Temple City, CA 91780

Cliff's Discount Glass
2333 E. Foothill Blvd.
Pasadena, CA 91107

Continental Credit Control
P.O. Box 30348
Santa Barbara, CA 93130

Courtesy Electric
926 E. Orange Grove Blvd.
Pasadena, CA 91104

Covello Plastering Corporation
C/O Green & Campbell, LLP
1777 E. Los Angeles, Ave.,
Suite 20
Simi Valley, CA 93065

David DiJuilio
DiJuilio Law Group
330 N. Brand Ave. #702
Glendale, CA 91203

Dynamic Upright MRI
5757 Wilshire Blvd., Suite 8
Los Angeles, CA 90036

ECS
3152 Grandeur
Altadena, CA 91001

Far West Plywood Company
18450 Parthenia Place
Northridge, CA 91325

Financial Credit Network, Inc.
P.O. Box 3084
Visalia, CA 93278

Finton Construction, Inc.
C/O Friedman Stroffe & Gerard
19800 MacArthur Blvd., Suite 1100
Irvine, CA 92612

Franchise Tax Board
Attn: Bankruptcy
P.O. Box 2952
Sacramento, CA 95812-2952

Frank Matranga
1708 Oak Grove
San Marino, CA 91108

Fulgham Shower Pans
P.O. Box 925
La Mirada, CA 90637

George's Pipe & Plumbing Supply Com
99 Palmetto Drive
Pasadena, CA 91105

Gerald Rissman
1101 Skokie Blvd., #255
Northbrook, IL 60062

Gerardo Mendez
722 Santa Barbara Street, #2
Pasadena, CA 91101

HD Capital LLC
C/O Scott Sheikh
1811 S. Del Mar Ave., Suite 212
San Gabriel, CA 91776

Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114

Internal Revenue Service
Insolvency 1, Stop 5022
300 N. Los Angeles Street,
Room 406
Los Angeles, CA 90012

Jaguar
P.O. Box 542000
Omaha, NE 68154-8000

Jonathan Club
545 S. Figueroa Street
Los Angeles, CA 90071

Jose Cardoza
8800 Roslyndale Ave.
Arleta, CA 91331

Jose Sandoval
3250 Fairesta Street, #D6
La Crescenta, CA 91214

Judy Holt
2 Barnard Court
Rancho Mirage, CA 92270

JV McBurney Concrete
Construction
C/O Philip Landsman
22030 Ventura Blvd. #206
Woodland Hills, CA 91364

Los Angeles County Tax
Collector
225 North Hill Street
Los Angeles, CA 90012

Los Angeles Times
202 W. 1st Street
Los Angeles, CA 90012

Machen Media
1511 Sandpiper Drive
Woodstock, GA 30189

Macy's
P.O. Box 6938
The Lakes, NV 88901

Manhattan Finish
756 W. California Ave
Glendale, CA 91203

Medicredit Corporation
1801 California Ave.
Corona, CA 92881

Michael Rosengarten
795 Oak Knoll Circle
Pasadena, CA 91106

Mobile Modular Management Corp
P.O. Box 45043
San Francisco, CA 94145

OJ Insulation Industries
600 South Vincent
Azusa, CA 91702

Paramount Scaffold
16525 S. Avalon Blvd.
Carson, CA 90746

Prince-Parker & Associates,
Inc.
8625 Crown Crescent Court
P.O. Box 474690
Charlotte, NC 28247

Richard Machen
C/O Barker Olmsted & Barnier
2341 Jefferson Street, Suite 200
San Diego, CA 92110

Roto-Rooter Service & Plumbing
24971 Avenue Stanford
Valencia, CA 91355

Saroyan Lumber
6230 Alameda Street
Huntington Park, CA 90255

Scott Carlson
Law Offices Of Carter & Carlson
301 E. Colorado Blvd. #20
Pasadena, CA 91101

Sierra Landscape Development, Inc.
1124 South Santa Anita Ave
Arcadia, CA 91006

Southern California Heart Specialist
P.O. Box 848375
Boston, MA 02284

Stage To Sell
2275 Huntington Drive, #114
San Marino, CA 91108

T.L. Shield & Associates, Inc.
C/O Louis Khoury
1801 Century Park East, #2400
Los Angeles, CA 90067

Target National Bank
P.O. Box 59317
Minneapolis, MN 55459-0317

The Athenaeum
Attn: Karen Harmen
551 S. Hill
Pasadena, CA 91106

The Best Service Company
10780 Santa Monica Blvd., Suite 140
Los Angeles, CA 90025

The Fairways Condominium Association
C/O Schlottman & Wagner
43642 Elizabeth
Clinton Township, MI 48036

Tim Trine
P.O. Box 6543
Westlake Village, CA 91359

Tom Gonzalez
3512 N. Verdugo Rd.
Glendale, CA 91208

Trubey Construction
9620 Dale Ave.
Los Angeles, CA 91040

US Bank
P.O. Box 790408
St. Louis, MO 63179

Valley Creditors Service
P.O. Box 5759
La Quinta, CA 92248

Valley Vista Services
17445 E. Railroad Street
City Of Industry, CA 91748


Villa Pacific Contractors
C/O Mitchell Hannah
9900 Research Dr.
Irvine, CA 92618


Wells Fargo
P.O. Box 14433
Des Moines, IA 50306


White House Cleaners
185 E. Glenarm Street, #102
Pasadena, CA 91106


Alfred Calabro
2020 El Arbolita Dr
Glendale, CA 91208