Barry R. Wegman (Bar No. 127356)
LAW OFFICES OF DAVID A. TILEM
206 N. Jackson Street, Suite 201
Glendale, California 91206
Telephone: (818) 507-6000
Facsimile: (818) 507-6800
Email: barrywegman@tilemlaw.com

Attorney for
Steve Davis

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| In re: | ) Case No. 2:09-222514-SB |
|---|---|
| | ) Chapter 11 |
| | ) NOTICE OF SETTLEMENT AND STIPULATION TO REDUCTION OF CLAIM OF CAROLINE BAKER INTERIOR DESIGN BY $4,000 |
| STEVEN DAVIS, | |
| | ) Date: July 6, 2010 |
| Debtor. | ) Time: 2:00 PM |
| | ) Ctrm: 1575 |

TO THE HONORABLE SAMUEL L. BUFFORD, UNITED STATES BANKRUPTCY JUDGE:

NOTICE IS HEREBY GIVEN that Debtor Steve Davis and Creditor Caroline Baker Interior Design, by and through their respective counsel of record, hereby stipulate to resolve the objection to the claim of Creditor Caroline Baker Interior Design as follows:

WHEREAS, Debtor Steve Davis (Davis), filed his petition for relief under chapter 11 of the U.S. Bankruptcy Code on or about May 21, 2009;

WHEREAS, Creditor Caroline Baker Interior Design (Baker) filed a Proof of Claim on or about August 17, 2009;

1  WHEREAS, Davis filed a Motion for Order Disallowing Claim of
2  Caroline Baker Interior Design (Claim #18) on or about November 6,
3  2009 and Caroline Baker Interior Design filed Opposition on or
4  about December 10, 2009; and,
5  WHEREAS, the parties have engaged in settlement discussions
6  which were not at first successful, but have now reach an agreement
7  to resolve the dispute as follows:

**STIPULATION**

9  It is hereby stipulated that Creditor Caroline Baker Interior
10 Design's Proof of Claim (Claim #18) in the total sum of $21,044.64
11 be amended to the sum of $17,044.64.  Caroline Baker Interior
12 Design shall file an amended Proof of Claim to reflect the
13 reduction.

14 Dated: June 29, 2010                    Hunter, Molloy & Salcido LLP

16                                          By _____
17                                          David Delgado, counsel for
                                            Creditor Caroline Baker
18                                          Interior Design

19 Dated: ~~June 29~~ JULY 1, 2010          Law Offices of David A. Tilem

21                                          By _____
22                                          Barry R. Wegman, attorney for
                                            Debtor Steve Davis

01994.01 F SettlementStipulation.wpd        2

| In re: Steven Davis | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NUMBER: 2:09-22514-SB |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
206 N. Jackson Street, Suite 201
Glendale, CA 91206

A true and correct copy of the foregoing document described as  Notice of Settlement and Stipulation to Reduction of Claim of Caroline Baker Interior Design  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On  7/1/10  I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

☑ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On  7/1/10  I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

David Delgado
Hunter, Molloy, & Salcido, LLP
225 South Lake Ave., Suite 600
Pasadena, CA 91101

Honorable Samuel L. Bufford
United States Bankruptcy Court
255 E. Temple Street, Suite 1582
Los Angeles, CA 90012

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 7/1/10 | Malissa Murguia | *Malissa Murguia* |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    F 9013-3.1

| In re: Steven Davis | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NUMBER: 2:09-22514-SB |

**ADDITIONAL SERVICE INFORMATION (if needed):**

* Mark D Estle    mdestle@estlelaw.com
* Bonnie M Holcomb    bonnie.holcomb@doj.ca.gov
* Dare Law    dare.law@usdoj.gov
* Joe M Lozano    notice@NBSDefaultServices.com
* Christopher M McDermott    ecfcacb@piteduncan.com
* Frank W Molloy    jgalambos@hmspasadena.com, mdickey@hmspasadena.com
* Randall P Mroczynski    randym@cookseylaw.com
* Brian A Paino    ecfcacb@piteduncan.com
* Cindy S Park    Cindy.Park@irscounsel.treas.gov
* Nathan A Schultz    schultzn@gtlaw.com
* Najah J Shariff    najah.j.shariff@irscounsel.treas.gov
* Michael W Tan    michael.w.tan@irscounsel.treas.gov
* David A Tilem    davidtilem@tilemlaw.com, malissamurguia@tilemlaw.com;marcycarman@tilemlaw.com;ldiaz@tilemlaw.com;dianachau@tilemlaw.com;kmishigian@tilemlaw.com
* United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
* Barry R Wegman    barrywegman@tilemlaw.com, malissamurguia@tilemlaw.com;marcycarman@tilemlaw.com;ldiaz@tilemlaw.com;dianachau@tilemlaw.com;kmishigian@tilemlaw.com

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    **F 9013-3.1**